IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | Cause No.: 4:23-CR-250 |
| KYUNG HEO | § | |

O R D E R

Came on for consideration, this the ___ day of _____, 2025, in the above-styled and and number cause, Defendant's Third Motion for Extension of Time to File Objections to Presentence Report, and same is hereby:

GRANTED: _____

DENIED: _____